# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00117-CV

**Appellant, Branigan Mulcahy// Cross-Appellant, Cielo Property Group, LLC**

**v.**

**Appellee, Cielo Property Group, LLC// Cross-Appellee, Branigan Mulcahy**

**FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-18-007425,
THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellee has filed an emergency motion for temporary relief, requesting that this Court order appellant's counsel to obtain and maintain possession of a hard drive and all copies of appellee's confidential business information contained on the hard drive, which are currently in appellant's possession, and hold them pending the completion of this appeal. We grant the motion for temporary relief and order appellant's counsel to obtain and maintain possession of the hard drive and all copies of appellee's confidential business information contained on the hard drive and hold the hard drive and copies, pending further order of this Court. *See* Tex. R. App. P. 29.3 ("[T]he appellate court may make any temporary orders necessary to preserve the parties' rights until disposition of the appeal . . . .").

It is ordered on June 6, 2019.

Before Chief Justice Rose, Justices Kelly and Smith